IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTIN CISNEROS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:11-0804 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| METRO NASHVILLE GENERAL | ) | |
| HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the ___24th___ day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge