IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN CISNEROS | ) |
| | ) |
| v. | ) NO. 3-11-0804 |
| | ) JUDGE CAMPBELL |
| METRO NASHVILLE GENERAL | ) |
| HOSPITAL, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 116) and Objections filed by the Defendant Hospital Authority of the Metropolitan Government of Nashville and Davidson County (Docket No. 122).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

For the reasons stated in the Report and Recommendation, the Motion to Dismiss of the Third-Party Defendants (Docket No. 104) is GRANTED, and the Third-Party Complaint (Docket No. 92) is DISMISSED.

IT IS SO ORDERED.

                                                                                        */s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE