UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTIN CISNEROS, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | NO. 3:11-0804 |
| | ) | Judge Campbell/Bryant |
| METRO TRANSIT AUTHORITY (MTA), et al., | ) ) ) | **Jury Demand** |
| Defendants | ) | |

### O R D E R

Plaintiff Cisneros has filed his "Motion to Subpoena Non-Party for Discovery of Documents Regarding Case #3:11CV0804, as well as the Defendants" (Docket Entry No. 146). In this filing Plaintiff mentions in narrative fashion general descriptions of numerous types of information. However, this motion does not specify the identity of each nonparty that Plaintiff proposes to subpoena, nor does it specify each type of information that Plaintiff seeks from each nonparty. Moreover, to the extent that Plaintiff seeks information from the Defendants, a subpoena is unnecessary since Plaintiff may conduct discovery of the Defendants without subpoenas pursuant to the provisions of the Federal Rules of Civil Procedure.

For the reasons stated above, Plaintiff's motion to subpoena nonparty for discovery of documents (Docket Entry No. 146) is **DENIED** without prejudice to Plaintiff's right to file a similar motion listing each nonparty that he proposes to subpoena and, for each nonparty, stating specifically the nature or character of the documents that he seeks to obtain.

It is so **ORDERED**.

                                               s/John S. Bryant
                                               JOHN S. BRYANT
                                               United States Magistrate Judge