UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN CISNEROS, | ) |
|     Plaintiff | ) |
| v. | ) No. 3:11-0804 |
| | ) Judge Campbell/Bryant |
| METRO NASHVILLE GENERAL HOSPITAL, *et al.*, | ) **Jury Demand** |
|     Defendants | ) |

### O R D E R

Plaintiff has filed his motion to compel discovery (Docket Entry No. 148), by which he seeks an order requiring the Defendant to provide him with copies of certain documents related to the CMS investigation of the Defendant Hospital. Plaintiff states that defense counsel has suggested dates when Plaintiff could inspect the subject documents at defense counsel's office, but Plaintiff asserts that this is unreasonable and that the Court should require Defendant to mail him copies of the subject documents.

In its response (Docket Entry No. 161), Defendant Metropolitan Nashville Hospital Authority states that on July 12, 2013, it mailed to the Plaintiff copies of the subject documents.

In light of the Defendant's statement that it has mailed to Plaintiff the documents he seeks, the undersigned Magistrate Judge **DENIES** as moot Plaintiff's motion to compel.

It is so **ORDERED.**

                                                /s/John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge