UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN CISNEROS, | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 3:11-0804 |
| | ) Judge Campbell/Bryant |
| METRO NASHVILLE GENERAL HOSPITAL, *et al.*, | ) **Jury Demand** ) ) |
| Defendants | ) |

## **O R D E R**

Plaintiff Cisneros, who is proceeding *pro se*, has filed three motions relating to his response in opposition to the Defendant Hospital Authority's pending motion for summary judgment.

After filing a response in opposition to Defendant's motion (Docket Entry Nos. 172, 174 and 175) on August 12, 2013, Plaintiff also filed on that same date his motion for extension of time to allow supplement oppositions to Defendant's motion for summary judgment (Docket Entry No. 176). This motion for extension of time fails to request a specific time period. Thereafter, on October 15, 2013, Plaintiff filed his motion to submit supplement of CMS documents (Docket Entry No. 181) and his motion to respond to Defendant's reply and submit supplemental supporting documents in opposition to summary judgment (Docket Entry No. 182).

All three of Plaintiff's foregoing motions (Docket Entry Nos. 176, 181 and 182) are **GRANTED**. From the record, it is unclear whether Plaintiff has now filed everything that he intends to file in opposition to the pending motion for summary judgment. However, in the event that Plaintiff intends to file anything else, such filing shall be made no later than **October 30, 2013**.

It is so **ORDERED**.

/s/John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge