UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN CISNEROS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 3:11-0804 |
| ) | Judge Campbell/Bryant |
| METRO NASHVILLE GENERAL ) | **Jury Demand** |
| HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants ) | |

## O R D E R

Plaintiff Cisneros has attached to his motion docketed as Docket Entry No. 182 an unopened envelope addressed to Mr. Cisneros from the Department of Health & Human Services in Atlanta, Georgia. The undersigned Magistrate Judge has opened this envelope and has determined that it contains a five-page document dated January 6, 2012, and bearing the title of "EMTALA Referral." The **Clerk** is directed to file a copy of this enclosure, which is attached, in the record of this case.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge