UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTIN CISNEROS )
)
v. ) NO. 3:11-0804
) JUDGE CAMPBELL
METRO NASHVILLE GENERAL HSP., et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 198), Objection filed by Plaintiff (Docket No. 202), and a Response to Plaintiff's Objection filed by Defendant (Docket No. 207).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objection, the Response, and the file. The Objection of the Defendant is overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 7) is GRANTED. The Complaint is DISMISSED with prejudice and any pending motions are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE